NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Thomas M. Brown, SBN 117449
Kenneth P. White, SBN 173993
BROWN WHITE & OSBORN LLP
333 South Hope Street, 40th Floor
Los Angeles, CA 90071
Tel.: 213.613.0500; Fax: 213.613.0550
tbrown@brownwhitelaw.com
kwhite@brownwhitelaw.com

ATTORNEY(S) FOR: Timothy Ryan, M.D.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TIMOTHY RYAN, M.D.,<br><br>Plaintiff(s),<br><br>v.<br><br>BRANT PUTNAM, M.D., JANINE VINTCH, M.D., ANISH MAHAJAN, M.D., CHRISTIAN DE VIRGILIO, M.D., HAL F. YEE, M.D., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>17-cv-05752<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ TIMOTHY RYAN, M.D. _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Timothy Ryan, M.D. | Plaintiff |
| Brant Putnam, M.D. | Defendant |
| Janine Vintch, M.D. | Defendant |
| Anish Mahajan, M.D. | Defendant |
| Christian DeVirgilio, M.D. | Defendant |
| Hal F. Yee, M.D. | Defendant |

August 3, 2017
Date

s/Kenneth P. White
Signature

Attorney of record for (or name of party appearing in pro per):

TIMOTHY RYAN, M.D.