(SPACE BELOW FOR FILING STAMP ONLY)

LINDA MILLER SAVITT, SBN 94164
lsavitt@brgslaw.com
JOHN J. MANIER, SBN 145701
jmanier@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
T: (818) 508-3700 | F: (818) 506-4827

Attorneys for Defendants BRANT PUTNAM,
M.D., JANINE VINTCH, M.D., ANISH
MAHAJAN, M.D., CHRISTIAN DE VIRGILIO,
M.D., and HAL F. YEE, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY RYAN, M.D., an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>BRANT PUTNAM, M.D., an individual, JANINE VINTCH, M.D., an individual, ANISH MAHAJAN, M.D., an individual, CHRISTIAN DE VIRGILIO, M.D., an individual, HAL F. YEE, M.D., an individual, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:17-cv-05752-R-RAO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:      Sept. 8, 2017<br>Current Response Date: Sept. 29, 2017<br>New Response Date:     Oct. 10, 2017 |

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

486130.1

1    IT IS HEREBY STIPULATED between Plaintiff Timothy Ryan, M.D., and

2  Defendants Brant Putnam, M.D., Janine Vintch, M.D., Anish Mahajan, M.D.,

3  Christian De Virgilio, M.D., and Hal F. Yee, M.D. (collectively "Defendants"),

4  pursuant to L.R. 8-3, that Defendants' time to respond to Plaintiff's initial Complaint

5  is hereby extended by 11 days, from September 29, 2017, to October 10, 2017.

6

7  DATED: September 26, 2017         BALLARD ROSENBERG
                                     GOLPER & SAVITT, LLP
8

9                                    By: _____

10                                        Linda Miller Savitt
                                          John J. Manier
11                                   Attorneys for Defendants BRANT PUTNAM,
                                     M.D., JANINE VINTCH, M.D., ANISH
12                                   MAHAJAN, M.D., CHRISTIAN DE
                                     VIRGILIO, M.D., and HAL F. YEE, M.D.
13

14

15  DATED: September 26, 2017         BROWN WHITE & OSBORN LLP

16

17                                   By: _____

18                                        THOMAS M. BROWN
                                          KENNETH P. WHITE
19                                        Attorneys for Plaintiff
                                          TIMOTHY RYAN, M.D.
20

21

22

23

24

25

26

27

28

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436