(SPACE BELOW FOR FILING STAMP ONLY)

1  LINDA MILLER SAVITT, SBN 94164
   lsavitt@brgslaw.com
2  JOHN J. MANIER, SBN 145701
   jmanier@brgslaw.com
3  BALLARD ROSENBERG GOLPER & SAVITT, LLP
   15760 Ventura Boulevard, Eighteenth Floor
4  Encino, California 91436
   T: (818) 508-3700 | F: (818) 506-4827
5
   Attorneys for Defendants BRANT PUTNAM,
6  M.D., JANINE VINTCH, M.D., ANISH
   MAHAJAN, M.D., CHRISTIAN DE VIRGILIO,
7  M.D., HAL F. YEE, M.D., ROGER LEWIS, M.D.,
   and MITCHELL KATZ, M.D.
8

9            UNITED STATES DISTRICT COURT

10   CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  TIMOTHY RYAN, M.D., an
    individual,

13                                    Case No. 2:17-cv-05752-R-RAO
           Plaintiff,
                                      **DEFENDANTS' NOTICE OF MOTION AND**
14                                    **MOTION TO DISMISS PLAINTIFF'S**
           vs.                        **FIRST AMENDED COMPLAINT (DOC.**
15                                    **14) BASED ON QUALIFIED IMMUNITY,**
    BRANT PUTNAM, M.D., an            **OR, ALTERNATIVELY, TO STRIKE**
16  individual, JANINE VINTCH, M.D., an **PORTIONS THEREOF**
    individual, ANISH MAHAJAN, M.D.,
17  an individual, CHRISTIAN DE       **[FED. R. CIV. P. 12(b), (b)(1), (b)(6)]**
    VIRGILIO, M.D., an individual, HAL
18  F. YEE, M.D., an individual, ROGER  Date:      December 4, 2017
    LEWIS, M.D., an individual,        Time:      10:00 a.m.
19  MITCHELL KATZ, M.D., an            Ctrm:      880
    individual, and DOES 1 through 50,
20  inclusive,                         Action Filed:  August 3, 2017
                                       Trial Date:    None Set
21           Defendants.

22

23      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24          PLEASE TAKE NOTICE that on December 4, 2017, at 10:00 a.m. or as soon

25  thereafter as the matter may be heard before the Honorable Manuel L. Real in

26  Courtroom 880 of the above-entitled Court, located at the Roybal Federal Building

27  and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Defendants

28  Brant Putnam, M.D., Janine Vintch, M.D., Anish Mahajan, M.D., Christian De

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

1  Virgilio, M.D., Hal F. Yee, M.D., Roger Lewis, M.D., and Mitchell Katz, M.D.,

2  jointly and severally (collectively "Defendants"), will, and hereby do, move this

3  Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing, with prejudice,

4  the sole claim for relief in the First Amended Complaint for Retaliation Based on

5  Exercise of First Amendment Rights (Doc. 14) ("FAC") filed by Plaintiff Timothy

6  Ryan, M.D. ("Plaintiff"), on the grounds that Defendants are entitled to qualified

7  immunity on Plaintiff's claim under 42 U.S.C. § 1983, and the FAC fails to state a

8  claim upon which relief can be granted against Defendants.

9      This Motion is based on this Notice, the Memorandum of Points and

10  Authorities and Declaration of John J. Manier attached hereto, all pleadings and

11  papers on file in the instant action, and any other matters that may be considered by

12  the Court at any hearing on this Motion.

13      This Motion is made following a conference of counsel pursuant to L.R. 7-3

14  which commenced on October 20, 2017.

15  DATED:  October 27, 2017        BALLARD ROSENBERG
16                                    GOLPER & SAVITT, LLP

17

18                          By: _____

19                                 John J. Manier
                               Attorneys for Defendants BRANT PUTNAM,
20                             M.D., JANINE VINTCH, M.D., ANISH
                               MAHAJAN, M.D., CHRISTIAN DE
21                             VIRGILIO, M.D., HAL F. YEE, M.D., ROGER
22                             LEWIS, M.D., and MITCHELL KATZ, M.D.

23

24

25

26

27

28

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436