2.76.540 - Hospitals—Professional staff organization—Membership and privileges.

A.  The professional staffs (physicians and dentists) of county hospitals shall form self-governing professional staff organizations which shall act in a purely advisory capacity to the hospital administrator and the director of health services in matters of medical and dental staff appointments, patient care, professional organization, standards and requirements. The director of health services shall have sole authority to act in all matters concerning the department of health services, including the above.

B.  The professional staff organization shall function in accordance with bylaws which have been approved by the board of supervisors. Amendments to such bylaws shall also be approved by the board of supervisors before they become effective.

C.  Physicians and dentists in the county classified service shall not be required to join the professional staff organization. All other physicians and dentists seeking to practice in county hospitals shall be required to apply for and become a member of the professional staff organization in accordance with the procedures set forth in said bylaws.

D.  Irrespective of the recommendations of the professional staff organization, the director of health services may, in his sole discretion, reject or appoint physicians and dentists to the staff of county hospitals. Such an appointment automatically qualifies such persons for membership in the professional staff organization. The director of health services shall also have sole authority to limit the scope of practice of such persons, and to terminate their staff appointments.

(Ord. 12412 § 2, 1981: Ord. 10656 § 2 (part), 1973: Ord. 4099 Art. 9-A § 150.48, 1942.)