| | |
|---|---|
| 1 | BROWN WHITE & OSBORN LLP |
| | THOMAS M. BROWN (SBN 117449) |
| 2 | KENNETH P. WHITE (SBN 173993) |
| | 333 South Hope Street, 40th Floor |
| 3 | Los Angeles, CA 90071-1406 |
| | Telephone:  213.613.0500 |
| 4 | Facsimile:   213.613.0550 |
| | tbrown@brownwhitelaw.com |
| 5 | kwhite@brownwhitelaw.com |
| 6 | *Attorneys for Plaintiff* |
| | Timothy Ryan |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY RYAN, M.D., an individual, | Case No.:  2:17-cv-05752-CAS(RAOx) |
| Plaintiff, | Judge:  Hon. Christina A. Snyder |
| v. | **PLAINTIFF TIMOTHY RYAN, M.D.'S OBJECTIONS TO DECLARATIONS OF BRANT PUTNAM, JANINE VINTCH, JOHN J. MANIER, AND BENJAMIN STORMER** |
| BRANT PUTNAM, M.D., an individual, JANINE VINTCH, M.D., an individual, ANISH MAHAJAN, M.D., an individual, CHRISTIAN DE VIRGILIO, M.D., an individual, HAL F. YEE, M.D., an individual, ROGER LEWIS, M.D., an individual, and MITCHELL KATZ, M.D., an individual, | |
| Defendants. | Date:     December 6, 2021<br>Time:    10:00 a.m.<br>Ctrm:    8-D |
| | Action Filed:  August 3, 2017<br>Trial Date:   April 26, 2022 |
| | *[Filed Concurrently Herewith: Opposition to Defendants' Motion for Summary Judgment, or Alternatively, Partial Summary Judgment; Response to Separate Statement; Declarations of Timothy Ryan and Kenneth P. White Thereto]* |

1

PLAINTIFF TIMOTHY RYAN, M.D.'S OBJECTIONS TO DECLARATIONS OF BRANT PUTNAM, JANINE VINTCH, JOHN J. MANIER, AND BENJAMIN STORMER

PLEASE TAKE NOTICE that Plaintiff Timothy Ryan, M.D. ("Plaintiff") hereby submits the following Objections to Defendants' Evidence in support of their Motion for Summary Judgment, or Alternatively, for Summary Adjudication.

**OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **OBJECTION NUMBER 1**<br><br>Declaration of Brant Putnam, ¶ 15: "FPPE is not disciplinary in and of itself. Rather, it is a peer review process and is subject to strict confidentiality under California Evidence Code § 1157." | Foundation, Fed. R. Evid. 602. Improper Legal Opinion, Fed. R. Evid. 701-702. | Sustained: _____<br><br>Overruled: _____ |
| **OBJECTION NUMBER 2**<br><br>Declaration of Janine Vintch, ¶ 15:<br><br>"FPPE is not disciplinary in and of itself. Instead, it is a peer review process and is subject to strict confidentiality under California Evidence Code § 1157." | Foundation, Fed. R. Evid. 602. Improper Legal Opinion, Fed. R. Evid. 701-702. | Sustained: _____<br><br>Overruled: _____ |

DATED: November 15, 2021         BROWN WHITE & OSBORN LLP

By   *s/Kenneth P. White*
THOMAS M. BROWN
KENNETH P. WHITE
Attorneys for Plaintiff
TIMOTHY RYAN, M.D.

4847-5493-7577, v. 1