# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-05752-CAS (RAOx) | Date | December 6, 2021 |
|---|---|---|---|
| Title | Timothy Ryan, M.D. v. Brant Putnam, M.D., et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE (video) | |
|---|---|---|
| Joseph Remigio (video) | Laura Elias (video) | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kenneth White (video) | John Manier (video) |

**Proceedings:**   MOTION FOR SUMMARY JUDGMENT [61]

    Hearing held and the parties are present. Tentative order provided. The Court confers with the parties and the parties argue. As more fully reflected on the record, no later than December 13, 2021, defendants may file additional argument limited to qualified indemnity not to exceed 5 pages. Plaintiff may file a response thereto, not to exceed 5 pages, no later than December 20, 2021. The Court takes the above-referenced motions under submission contingent on the parties' further submissions.

|  | : | 37 |
|---|---|---|
|  | Initials of Preparer | jre |